E-FILED
Wednesday, 15 March, 2023  03:31:28 PM
Clerk, U.S. District Court, ILCD

| Prob 22 (2/98)  **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Tran Court) **1:21CR00076-001** |
| | DOCKET NUMBER (Rec Court) |

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE: | DISTRICT  Western District of North Carolina |
| | NAME OF SENTENCING JUDGE Martin Reidinger |

| Joshua L. Davis  Metamora, Illinois  61548 | DATES OF PROB/TSR RELEASE | FROM 3/31/2022 | TO 3/31/2025 |

OFFENSE
18 U.S.C. § 371 Conspiracy to Defraud the United States and
42 U.S.C. §7413(c)(2)(C) Violate the Clean Air Act

**PART 1 – ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised release named above be transferred with the records of the Court to the United States District Court for the Central District of Illinois upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3/6/2023
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE** Central District of Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted by this Court from and after the entry of this order.

3/15/2023
Date

s/ James E. Shadid
United States District Judge